JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA E. C., <br>     Plaintiff, <br>   v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>     Defendant. | Case No. 5:21-cv-02178-KES <br><br> **JUDGMENT** |

    IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Social Security Commissioner is reversed and this matter is remanded for further proceedings consistent with the Opinion.

DATED: August 30, 2022

                                             *Karen E. Scott*
                                          KAREN E. SCOTT
                                          United States Magistrate Judge